UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THOMAS E. PEREZ, Secretary of Labor, )
U.S. Department of Labor )
)
v. ) NO. 3:11-0708
) JUDGE CAMPBELL
SEI ENVIRONMENTAL, INC., )
SEI ENVIRONMENTAL 401(K) PLAN, )
and WILEY MCALLEN FINLEY )

ORDER

Pending before the Court is Successor Fiduciary's First Motion for Approval of Fees and Expenses and Activity Report (Docket No. 27), to which no objections have been filed within the fifteen (15) business days for such objections.

The Motion is GRANTED, and the fees and expenses sought by the Independent Fiduciary are approved.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE