IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

THOMAS E. PEREZ )
)
v. ) NO. 3-11-0708
) JUDGE CAMPBELL
SEI ENVIRONMENTAL, INC., )
et al. )

ORDER

Pending before the Court is Successor Fiduciary's Second Motion for Approval of Fees and Expenses and Activity Report (Docket No. 29), to which no Objections have been timely filed.

The Motion is GRANTED, and the fees and expenses sought by the Independent Fiduciary are approved.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE