UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| THOMAS E. PEREZ, Secretary of Labor, ) | |
| U.S. Department of Labor ) | |
| ) | |
| v. ) | NO. 3:11-0708 |
| ) | JUDGE CAMPBELL |
| SEI ENVIRONMENTAL, INC., ) | |
| SEI ENVIRONMENTAL 401(K) PLAN, ) | |
| and WILEY MCALLEN FINLEY ) | |

### ORDER

Pending before the Court is Successor Fiduciary's Third Motion for Approval of Fees and Expenses and Activity Report (Docket No. 31), to which no objections have been timely filed.

The Motion is GRANTED, and the fees and expenses sought by the Independent Fiduciary are approved.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE